UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Shakopee Mdewakanton Sioux Community,<br><br>Plaintiff,<br><br>vs.<br><br>Native Tours,<br><br>Defendant. | **Civil No. 01-CV-734 (PAM/JGL)**<br><br>**STIPULATION FOR ENTRY OF PERMANENT INJUNCTION AND ORDER OF DISMISSAL** |

**WHEREAS,** Shakopee Mdewakanton Sioux Community (the "Community") is the registered owner of the mark SHAKOPEE MDEWAKANTON SIOUX COMMUNITY, which is registered with the United States Patent and Trademark office as Registration No. 2,199,516 (the "Mark");

**WHEREAS,** defendant Native Tours ("Native Tours") has registered "shakopeemdewakanton.com," "shakopeemdewakanton.org," and "shakopeemdewakanton.net" with Network Solutions, Inc. as a domain names;

**WHEREAS,** the Community has filed and served a Complaint against Native Tours for violation of the Anticybersquatting Consumer Protection Act, federal trademark infringement, and violation of the Minnesota Deceptive Trade Practices Act in the United States District Court for the District of Minnesota (the "Action");

**WHEREAS**, the parties have agreed that the Community claims shall be settled in this case, on the basis set forth below:

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 14 2001
DEPUTY CLERK________

1. Native Tours shall execute and deliver to the Community the Network Solutions Registrant Name Change Agreements attached hereto as Exhibits A through C.

2. As stipulated by the parties, Native Tours, along with its agents, representatives, successors, and assigns, and all those persons or entities acting in concert or participation with him who receive actual notice of this Order, are enjoined, shall be, and hereby are, **PERMANENTLY ENJOINED** and restrained from infringing the Mark, by selling, marketing or advertising any business, services or goods using the words "SHAKOPEE MDEWAKANTON," either alone or in combination with any other word or symbol. Said persons are specifically enjoined from infringing the Mark by using in a domain name the words "SHAKOPEE MDEWAKANTON," either alone or in combination with any other word or symbol. Said persons are also enjoined from operating, maintaining, or sponsoring, or permitting to operate, any website identified with the domain names "SHAKOPEEMDEWAKANTON.COM," "SHAKOPEEMDEWAKANTON.ORG," or "SHAKOPEEMDEWAKANTON.NET" including but not limited to permitting such site to have any content or to automatically forward or link to any other Internet address or domain name whatsoever.

3. Except for the foregoing Permanent Injunction, this Action is hereby dismissed in its entirety with prejudice and without the award of costs to any party.

4. This Court will retain jurisdiction over this action to the extent necessary to enforce the Permanent Injunction, and other issues arising therefrom.

Dated: June 11, 2001

**FAEGRE & BENSON LLP**

Eunice P. de Carvalho

Julie Knox Chosy (#225228)
Eunice P. de Carvalho (#257473)
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 336-3000

**Attorneys for Plaintiff**
**Shakopee Mdewakanton Sioux Community**

DATED: 5/24/01, 2001

NATIVE TOURS

By Tanner

Its President

**IT IS SO ORDERED, LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: June 13, 2001

United States District Judge

Ex. A

NETWORK SOLUTIONS

Send this Agreement via fax to:
Network Solutions, Inc.
Attn: Registrant Change Group
Fax: (703) 742-6950

OR Send this Agreement via Postal Mail or Courier to:
Network Solutions, Inc.
505 Huntmar Park Drive
Herndon, VA 20170
Attn: Registrant Change Group
Phone: 1-800-779-1710 within the U.S. and Canada
International: (703) 742-4777

## Registrant Name Change Agreement
## Version 3.0 - Transfers

- To successfully complete this form, you will need the WHOIS record for the domain name. The WHOIS database can be found at URL http://www.networksolutiions.com.
- Be sure all fields are completed in full.
- Once this form is complete, verify the information, read it, sign it and date it.
- An individual that has the apparent authority to legally bind the current Registrant must sign this form in the presence of a Notary Public. The Notary Public is required to notarize this form.
- An individual that has the apparent authority to legally bind the new Registrant must also sign this form. Notarization is not required for the new Registrant's name.
- Make a copy of the Agreement for your records, then send it to Network Solutions at the address shown above.
- Or, if this domain name is the subject of litigation or a trademark dispute, send this Agreement to the attention of the Business Affairs Office at the address shown above.

| | |
|---|---|
| **Domain Name** | One per Registrant Name Change Agreement<br><br>SHAKOPEEMDEWAKANTON.NET |
| **Transfer the registration for the domain name from:** | As per the WHOIS record (URL http://www.networksolutions.com)<br><br>NATIVE TOURS |
| **Current Registrant's Address** | Enter the Registrant's Street Address, City, State, Country and ZIP if applicable<br><br>6875 HIGHWAY 65, MINNEAPOLIS, MN 55432<br><br>If the address you have entered above is different than the WHOIS record (URL http: www.networksolutions.com), please explain below |
| **Current Registrant's Type of Business** | [ ] Corporation [ ] Partnership [X] Limited Partnership<br>[ ] Sole Proprietorship [ ] Other (specify) |
| **Transfer the registration for the domain name to:** | The name of the New Registrant entered here must match the name entered on line 3A of the Domain Name Registration Agreement or Service Agreement<br><br>SHAKOPEE MDEWAKANTON SIOUX COMMUNITY |
| **New Registrant's Address** | Enter the correct address of the New Registrant<br><br>2330 SIOUX TRAIL N.W., PRIOR LAKE, MINNESOTA 55372 |
| **NIC Tracking Number** | The NIC Tracking Number was sent in reply to the New Registrant's e-mail submission of a text version Service Agreement ("New Registrant's Application"). The text version of the Service Agreement can be found at URL http://www.networksolutions.com/makechanges/rnca/service-agreement 5-1.txt |

**Terms and Conditions**

The Current Registrant and the New Registrant enter into this Registrant Name Change Agreement as of the date executed by the final party hereto.

WHEREAS the Registrant and Network Solutions, Inc. ("Network Solutions") have entered into a Domain Name Registration Agreement or Service Agreement (the "Agreement") for the registration of the second-level domain name referenced in the block above headed Domain Name (the "Domain Name");

WHEREAS the New Registrant desires to register the Domain Name with Network Solutions and to that end has transmitted by electronic mail to Network Solutions a completed Service Agreement as application ("New Registrant's Application") for registration of the Domain Name;

WHEREFORE, in consideration of these premises, and for other good and valuable consideration the sufficiency of which is legally acknowledged, the parties agree as follows:

1. Registrant's Relinquishment of the Domain Name: The Registrant hereby relinquishes its registration of the Domain Name and discharges Network Solutions from all obligations under the Agreement. The Registrant releases Network Solutions from all claims, liabilities or demands arising from the Agreement. The Registrant further acknowledges and agrees that it is not entitled to a refund of any fees it may have paid to Network Solutions. Nothing contained in this Registrant Name Change Agreement shall be construed as an assignment of the Registrant's rights under the Agreement. The Registrant hereby authorizes Network Solutions to take all steps necessary to register the Domain Name to the New Registrant, including without limitation, disassociating the Domain Name from the host servers designated by the Registrant without further notice.

2. New registrant's Registration of the Domain Name: The New Registrant acknowledges that it has reviewed and understands the terms, conditions, representations and warranties of Network Solutions' Service Agreement in effect as of the date of the New Registrant's Application. The New Registrant, by signing and sending this Registrant Name Change Agreement to Network Solutions, agrees to be bound by and to perform in accordance with the terms and conditions of Network Solutions' current Service Agreement, incorporated herein by reference, which includes Network Solutions' current Domain Name Dispute Policy. The New Registrant specifically agrees to pay Network Solutions a new registration fee upon receipt of Network Solutions' invoice. The New Registration also reaffirms the accuracy and completeness of all of the information contained in the New Registrant's Application. To the extent the terms and conditions of Network Solutions' current Service Agreement conflict with the terms and conditions of this Registrant Name Change Agreement, the terms and conditions of this Registrant Name Change Agreement shall prevail.

3. Effective Date of the New Registrant's Registration of the Domain Name: The New Registrant's registration of the Domain Name shall be effective upon Network Solutions' transmission of an acknowledgement to the New Registrant that the Domain Name has been registered to the New Registrant.

**Signature Block**

| **Current Registrant must complete below:** | **New Registrant must complete below:** |
|---|---|
| The undersigned represent and warrant that they possess the authority to legally bind the current and new registrant, respectively, of the domain name being transferred as per the Registrant Name Change Agreement. | |
| Organization<br>NATIVE TOURS | Organization<br>SHAKOPEE MDEWAKANTON SIOUX COMMUNITY |
| Signature<br>[signature] | Signature |
| Signor's Name (please print)<br>SONJA TANNER | Signor's Name (please print) |
| Active email address<br>SONJA@NATIVETOURS.COM | Active email address |
| Phone Number<br>763-571-8184 | Phone Number |
| Date | Date |

| Notarization | A notary public or its foreign equivalent must certify the Current Registrant's signature. |
| --- | --- |
| JOSEPH WAGNER<br>NOTARY PUBLIC-MINNESOTA<br>My Commission Expires Jan. 31, 2005 | County of: Hennepin<br>State of: Minnesota<br><br>The foregoing instrument was signed before me by the person whose name appears in the Current Registrant's signature block.<br><br>Notary Name (printed): Joe Wagner<br>Notary's Signature: [signature]<br>Date of notarization: 6/11/01<br>My commission expires: Jan 31, 2005 |

## Did you remember to:

* **Have your document signed by someone with the ability to legally bind your organization?** For an organization, this includes people with titles such as CEO, Owner and President.

* **Make sure the domain name registration is in a paid status?** If not, check the payment status now on our home page at www.networksolutions.com. From this page, select Make Payments, then choose Make Payment for Your Domain Name. Enter your domain name and click OK.

* **Have the current registrant's signature witnessed by a Notary Public?** The signature dates for the current registrant and the Notary Public must match.

* **Get a NIC-tracking number for the new organization's registration?** If you haven't already done so, complete a new Service Agreement/Template for the new organization's registration at http://www.networksolutions.com/makechanges/mca/service-agreement-5-1.txt

**NEW! Priority Registrant Name Change Service**

For $199 per domain name change, we will process your Registrant Legal Name Change in two business days after receiving complete and correct information*. Our standard processing time is 3 to 6 weeks. To purchase this expedited service, speak with a customer service representative. Within the U.S. and Canada, call 1-800-779-1710. Internationally, dial +1 703 742-4777.* The two business day turnaround for Priority Registrant Name Change Service is contingent upon NSI receiving complete and correct requests by 3:00 PM Eastern Standard Time, (United States) each business day. Expedited service requests received after 3:00PM will be processed beginning on the next business day.

Ex. B

| | | |
|---|---|---|
| NETWORK SOLUTIONS | Send this Agreement via fax to:<br>Network Solutions, Inc.<br>Attn: Registrant Change Group<br>Fax: (703) 742-6950 | OR Send this Agreement via Postal Mail or Courier to:<br>Network Solutions, Inc.<br>505 Huntmar Park Drive<br>Herndon, VA 20170<br>Attn: Registrant Change Group<br>Phone: 1-800-779-1710 within the U.S. and Canada<br>International: (703) 742-4777 |

## Registrant Name Change Agreement
## Version 3.0 - Transfers

- To successfully complete this form, you will need the WHOIS record for the domain name. The WHOIS database can be found at URL http://www.networksolutiions.com.
- Be sure all fields are completed in full.
- Once this form is complete, verify the information, read it, sign it and date it.
- An individual that has the apparent authority to legally bind the current Registrant must sign this form in the presence of a Notary Public. The Notary Public is required to notarize this form.
- An individual that has the apparent authority to legally bind the new Registrant must also sign this form. Notarization is not required for the new Registrant's name.
- Make a copy of the Agreement for your records, then send it to Network Solutions at the address shown above.
- Or, if this domain name is the subject of litigation or a trademark dispute, send this Agreement to the attention of the Business Affairs Office at the address shown above.

| | |
|---|---|
| **Domain Name** | One per Registrant Name Change Agreement<br><br>SHAKOPEEMDEWAKANTON.ORG |
| **Transfer the registration for the domain name from:** | As per the WHOIS record (URL http://www.networksolutions.com)<br><br>NATIVE TOURS |
| **Current Registrant's Address** | Enter the Registrant's Street Address, City, State, Country and ZIP if applicable<br><br>6875 HIGHWAY 65, MINNEAPOLIS, MN 55432<br><br>If the address you have entered above is different than the WHOIS record (URL http://www.networksolutions.com), please explain below |
| **Current Registrant's Type of Business** | [ ] Corporation [ ] Partnership [X] Limited Partnership<br>[ ] Sole Proprietorship [ ] Other (specify) |
| **Transfer the registration for the domain name to:** | The name of the New Registrant entered here must match the name entered on line 3A of the Domain Name Registration Agreement or Service Agreement<br><br>SHAKOPEE MDEWAKANTON SIOUX COMMUNITY |
| **New Registrant's Address** | Enter the correct address of the New Registrant<br><br>2330 SIOUX TRAIL N.W., PRIOR LAKE, MINNESOTA 55372 |
| **NIC Tracking Number** | The NIC Tracking Number was sent in reply to the New Registrant's e-mail submission of a text version Service Agreement ("New Registrant's Application"). The text version of the Service Agreement can be found at URL http://www.networksolutions.com/makechanges/rnca/service-agreement 5-1.txt |

| | | |
|---|---|---|
| **Terms and Conditions** | The Current Registrant and the New Registrant enter into this Registrant Name Change Agreement as of the date executed by the final party hereto.<br><br>WHEREAS the Registrant and Network Solutions, Inc. ("Network Solutions") have entered into a Domain Name Registration Agreement or Service Agreement (the "Agreement") for the registration of the second-level domain name referenced in the block above headed Domain Name (the "Domain Name");<br><br>WHEREAS the New Registrant desires to register the Domain Name with Network Solutions and to that end has transmitted by electronic mail to Network Solutions a completed Service Agreement as application ("New Registrant's Application") for registration of the Domain Name;<br><br>WHEREFORE, in consideration of these premises, and for other good and valuable consideration the sufficiency of which is legally acknowledged, the parties agree as follows:<br><br>1. Registrant's Relinquishment of the Domain Name: The Registrant hereby relinquishes its registration of the Domain Name and discharges Network Solutions from all obligations under the Agreement. The Registrant releases Network Solutions from all claims, liabilities or demands arising from the Agreement. The Registrant further acknowledges and agrees that it is not entitled to a refund of any fees it may have paid to Network Solutions. Nothing contained in this Registrant Name Change Agreement shall be construed as an assignment of the Registrant's rights under the Agreement. The Registrant hereby authorizes Network Solutions to take all steps necessary to register the Domain Name to the New Registrant, including without limitation, disassociating the Domain Name from the host servers designated by the Registrant without further notice.<br><br>2. New registrant's Registration of the Domain Name: The New Registrant acknowledges that it has reviewed and understands the terms, conditions, representations and warranties of Network Solutions' Service Agreement in effect as of the date of the New Registrant's Application. The New Registrant, by signing and sending this Registrant Name Change Agreement to Network Solutions, agrees to be bound by and to perform in accordance with the terms and conditions of Network Solutions' current Service Agreement, incorporated herein by reference, which includes Network Solutions' current Domain Name Dispute Policy. The New Registrant specifically agrees to pay Network Solutions a new registration fee upon receipt of Network Solutions' invoice. The New Registration also reaffirms the accuracy and completeness of all of the information contained in the New Registrant's Application. To the extent the terms and conditions of Network Solutions' current Service Agreement conflict with the terms and conditions of this Registrant Name Change Agreement, the terms and conditions of this Registrant Name Change Agreement shall prevail.<br><br>3. Effective Date of the New Registrant's Registration of the Domain Name: The New Registrant's registration of the Domain Name shall be effective upon Network Solutions' transmission of an acknowledgement to the New Registrant that the Domain Name has been registered to the New Registrant. | |
| **Signature Block** | **Current Registrant must complete below:** | **New Registrant must complete below:** |
| | The undersigned represent and warrant that they possess the authority to legally bind the current and new registrant, respectively, of the domain name being transferred as per the Registrant Name Change Agreement. | |
| | Organization<br>NATIVE TOURS | Organization<br>SHAKOPEE MDEWAKANTON SIOUX COMMUNITY |
| | Signature<br>Sonja Tanner | Signature |
| | Signor's Name (please print)<br>Sonja Tanner | Signor's Name (please print) |
| | Active email address<br>SonjA@NativeTours.com | Active email address |
| | Phone Number<br>763-571-8184 | Phone Number |
| | Date<br>5/15/01 | Date |

| Notarization | A notary public or its foreign equivalent must certify the Current Registrant's signature. |
| --- | --- |
| JILL M. HARDY<br>Notary Public<br>Minnesota<br>My Commission Expires Jan. 31, 2005 | County of Anoka<br>State of: MN<br><br>The foregoing instrument was signed before me by the person whose name appears in the Current Registrant's signature block.<br><br>Notary Name (printed): JILL HARDY<br>Notary's Signature: Jill Hardy<br>Date of notarization: 5/15/01<br>My commission expires: Jan. 31 2005 |

## Did you remember to:

* **Have your document signed by someone with the ability to legally bind your organization?** For an organization, this includes people with titles such as CEO, Owner and President.

* **Make sure the domain name registration is in a paid status?** If not, check the payment status now on our home page at www.networksolutions.com. From this page, select Make Payments, then choose Make Payment for Your Domain Name. Enter your domain name and click OK.

* **Have the current registrant's signature witnessed by a Notary Public?** The signature dates for the current registrant and the Notary Public must match.

* **Get a NIC-tracking number for the new organization's registration?** If you haven't already done so, complete a new Service Agreement/Template for the new organization's registration at http://www.networksolutions.com/makechanges/rnca/service-agreement-5-1.txt

**NEW! Priority Registrant Name Change Service**
For $199 per domain name change, we will process your Registrant Legal Name Change in two business days after receiving complete and correct information*. Our standard processing time is 3 to 6 weeks. To purchase this expedited service, speak with a customer service representative. Within the U.S. and Canada, call 1-800-779-1710. Internationally, dial +1 703 742-4777.* The two business day turnaround for Priority Registrant Name Change Service is contingent upon NSI receiving complete and correct requests by 3:00 PM Eastern Standard Time, (United States) each business day. Expedited service requests received after 3:00PM will be processed beginning on the next business day.

Ex. C.

NETWORK SOLUTIONS

Send this Agreement via fax to:
Network Solutions, Inc.
Attn: Registrant Change Group
Fax: (703) 742-6950

OR Send this Agreement via Postal Mail or Courier to:
Network Solutions, Inc.
505 Huntmar Park Drive
Herndon, VA 20170
Attn: Registrant Change Group
Phone: 1-800-779-1710 within the U.S. and Canada
International: (703) 742-4777

## Registrant Name Change Agreement
## Version 3.0 - Transfers

- To successfully complete this form, you will need the WHOIS record for the domain name. The WHOIS database can be found at URL http://www.networksolutiions.com.
- Be sure all fields are completed in full.
- Once this form is complete, verify the information, read it, sign it and date it.
- An individual that has the apparent authority to legally bind the current Registrant must sign this form in the presence of a Notary Public. The Notary Public is required to notarize this form.
- An individual that has the apparent authority to legally bind the new Registrant must also sign this form. Notarization is not required for the new Registrant's name.
- Make a copy of the Agreement for your records, then send it to Network Solutions at the address shown above.
- Or, if this domain name is the subject of litigation or a trademark dispute, send this Agreement to the attention of the Business Affairs Office at the address shown above.

| | |
|---|---|
| **Domain Name** | One per Registrant Name Change Agreement<br><br>SHAKOPEEMDEWAKANTON.COM |
| **Transfer the registration for the domain name from:** | As per the WHOIS record (URL http://www.networksolutions.com)<br><br>NATIVE TOURS |
| **Current Registrant's Address** | Enter the Registrant's Street Address, City, State, Country and ZIP if applicable<br><br>6875 HIGHWAY 65, MINNEAPOLIS, MN 55432<br><br>If the address you have entered above is different than the WHOIS record (URL http://www.networksolutions.com), please explain below |
| **Current Registrant's Type of Business** | [ ] Corporation [ ] Sole Proprietorship [ ] Partnership [ ] Other (specify) [X] Limited Partnership |
| **Transfer the registration for the domain name to:** | The name of the New Registrant entered here must match the name entered on line 3A of the Domain Name Registration Agreement or Service Agreement<br><br>SHAKOPEE MDEWAKANTON SIOUX COMMUNITY |
| **New Registrant's Address** | Enter the correct address of the New Registrant<br><br>2330 SIOUX TRAIL N.W., PRIOR LAKE, MINNESOTA 55372 |
| **NIC Tracking Number** | The NIC Tracking Number was sent in reply to the New Registrant's e-mail submission of a text version Service Agreement ("New Registrant's Application"). The text version of the Service Agreement can be found at URL http://www.networksolutions.com/makechanges/nica/service-agreement 5-1.txt |

**Terms and Conditions**

The Current Registrant and the New Registrant enter into this Registrant Name Change Agreement as of the date executed by the final party hereto.

WHEREAS the Registrant and Network Solutions, Inc. ("Network Solutions") have entered into a Domain Name Registration Agreement or Service Agreement (the "Agreement") for the registration of the second-level domain name referenced in the block above headed Domain Name (the "Domain Name");

WHEREAS the New Registrant desires to register the Domain Name with Network Solutions and to that end has transmitted by electronic mail to Network Solutions a completed Service Agreement as application ("New Registrant's Application") for registration of the Domain Name;

WHEREFORE, in consideration of these premises, and for other good and valuable consideration the sufficiency of which is legally acknowledged, the parties agree as follows:

1. Registrant's Relinquishment of the Domain Name: The Registrant hereby relinquishes its registration of the Domain Name and discharges Network Solutions from all obligations under the Agreement. The Registrant releases Network Solutions from all claims, liabilities or demands arising from the Agreement. The Registrant further acknowledges and agrees that it is not entitled to a refund of any fees it may have paid to Network Solutions. Nothing contained in this Registrant Name Change Agreement shall be construed as an assignment of the Registrant's rights under the Agreement. The Registrant hereby authorizes Network Solutions to take all steps necessary to register the Domain Name to the New Registrant, including without limitation, disassociating the Domain Name from the host servers designated by the Registrant without further notice.

2. New registrant's Registration of the Domain Name: The New Registrant acknowledges that it has reviewed and understands the terms, conditions, representations and warranties of Network Solutions' Service Agreement in effect as of the date of the New Registrant's Application. The New Registrant, by signing and sending this Registrant Name Change Agreement to Network Solutions, agrees to be bound by and to perform in accordance with the terms and conditions of Network Solutions' current Service Agreement, incorporated herein by reference, which includes Network Solutions' current Domain Name Dispute Policy. The New Registrant specifically agrees to pay Network Solutions a new registration fee upon receipt of Network Solutions' invoice. The New Registration also reaffirms the accuracy and completeness of all of the information contained in the New Registrant's Application. To the extent the terms and conditions of Network Solutions' current Service Agreement conflict with the terms and conditions of this Registrant Name Change Agreement, the terms and conditions of this Registrant Name Change Agreement shall prevail.

3. Effective Date of the New Registrant's Registration of the Domain Name: The New Registrant's registration of the Domain Name shall be effective upon Network Solutions' transmission of an acknowledgement to the New Registrant that the Domain Name has been registered to the New Registrant.

**Signature Block**

| **Current Registrant must complete below:** | **New Registrant must complete below:** |
|---|---|
| The undersigned represent and warrant that they possess the authority to legally bind the current and new registrant, respectively, of the domain name being transferred as per the Registrant Name Change Agreement. | |
| Organization<br>NATIVE TOURS | Organization<br>SHAKOPEE MDEWAKANTON SIOUX COMMUNITY |
| Signature<br>Sonja Tanner | Signature |
| Signor's Name (please print)<br>SONJA TANNER | Signor's Name (please print) |
| Active email address<br>SONJA@NATIVETOURS.COM | Active email address |
| Phone Number<br>763-571-8884 | Phone Number |
| Date 5/12/01 | Date |

| Notarization | A notary public or its foreign equivalent must certify the Current Registrant's signature.<br>County of Anoka<br>State of: MN<br><br>The foregoing instrument was signed before me by the person whose name appears in the Current Registrant's signature block.<br><br>Notary Name (printed): Jill Hardy<br>Notary's Signature: Jill Hardy<br>Date of notarization: 5/15/01<br>My commission expires: Jan 31 2005 |
|---|---|
| JILL M. HARDY<br>Notary Public<br>Minnesota<br>My Commission Expires Jan. 31, 2005 | |

# Did you remember to:

* **Have your document signed by someone with the ability to legally bind your organization?** For an organization, this includes people with titles such as CEO, Owner and President.

* **Make sure the domain name registration is in a paid status?** If not, check the payment status now on our home page at www.networksolutions.com. From this page, select Make Payments, then choose Make Payment for Your Domain Name. Enter your domain name and click OK.

* **Have the current registrant's signature witnessed by a Notary Public?** The signature dates for the current registrant and the Notary Public must match.

* **Get a NIC-tracking number for the new organization's registration?** If you haven't already done so, complete a new Service Agreement/Template for the new organization's registration at http://www.networksolutions.com/makechanges/mca/service-agreement-5-1.txt

**NEW! Priority Registrant Name Change Service**

For $199 per domain name change, we will process your Registrant Legal Name Change in two business days after receiving complete and correct information*. Our standard processing time is 3 to 6 weeks. To purchase this expedited service, speak with a customer service representative. Within the U.S. and Canada, call 1-800-779-1710. Internationally, dial +1 703 742-4777.* The two business day turnaround for Priority Registrant Name Change Service is contingent upon NSI receiving complete and correct requests by 3:00 PM Eastern Standard Time, (United States) each business day. Expedited service requests received after 3:00PM will be processed beginning on the next business day.